IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUINN WILLIAMS,[1] | § | |
| | § | No. 390, 2024 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN24-03445 |
| ERIC JOHNSON, | § | Petition Nos. 24-13855 |
| | § | 24-15896 |
| Respondent Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: February 5, 2025
Decided: February 10, 2025

## ORDER

On January 7, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Quinn Williams, directing her to show cause why this appeal should not be dismissed for her failure to pay the Family Court appeal-preparation fee. The United States Postal Service tracking records show that delivery of the notice was attempted on January 15, 2025. On January 22, 2025, the Chief Deputy Clerk resent the notice to Williams by first-class mail. Both notices were sent to the address that Williams provided to the Court. A timely response to the notice was due on or before February 4, 2025. To date, Williams has not responded to the notice to show cause, paid the Family Court appeal-preparation fee, or provided the Court

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

with an updated address. Under the circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Gary F. Traynor*
Justice